# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ORANGEBURG DIVISION

| | |
|---|---|
| Corey Jawan Robinson, ) | |
| ) | Civil Action No.: 5:18-cv-1521-JMC-KDW |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| South Carolina Department of Corrections, ) | |
| *Director*; Joette Scarbrough, *Classification*; ) | |
| Charline McDaniel; Kitchen Supervisor ) | |
| Wells; and Ms. Macon, *Classification*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Corey Jawan Robinson, proceeding pro se, filed this action while being detained at Turbeville Correctional Institution. On June 15, 2018, the court ordered Plaintiff to pay the three hundred fifty dollar ($350) filing fee or complete an enclosed Application to Proceed Without Prepayment of Fees and Affidavit (Form AO 240) and Financial Certificate, to provide the service documents necessary to advance his case, and to complete the enclosed prisoner complaint form. (ECF No. 7 at 1–2.) Plaintiff was warned that the failure to provide the necessary information within a specific time period would subject the case to dismissal. (*Id.* at 3.) Plaintiff partially responded to the court's June 15 order. The court issued a second order on August 3, 2018, advising Plaintiff that his complaint was subject to summary dismissal as it failed to state a claim on which relief may be granted. (ECF No. 15 at 4–6.) Plaintiff was warned that the failure to submit an amended pleading, complete service documents and the enclosed financial certificate by August 17, 2018, may subject the case to dismissal. (*Id.* at 6–7.) The time for response has expired and Plaintiff did not file a response. As Plaintiff has failed to prosecute this case and has failed to comply with an order of this court, the case is **dismissed *without prejudice*** pursuant to Rule 41 of

the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

**IT IS SO ORDERED.**

                                                                           United States District Judge

July 22, 2019
Columbia, South Carolina

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.